IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EDDIE WILSON,**

        **Petitioner,**

v.                                                                  Case No.  4:14cv545-MW/CAS

**STATE OF FLORIDA,**

        **Respondent.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 21.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 15, is **GRANTED**, the § 2254 petition for writ of habeas corpus, ECF No. 1 is **DISMISSED**, Petitioner's Motion to Stay, ECF No. 19, is **DENIED**, a certificate of appealability is **DENIED**, and leave to

appeal *in forma pauperis* is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on December 31, 2015.**

    <u>**s/Mark E. Walker**</u>
    **United States District Judge**